FREDERICK W. KUEHN, Respondent, *v.* SYRACUSE RAPID
TRANSIT RAILWAY COMPANY, Appellant.

*Kuehn* v. *Syracuse Rapid Transit Ry. Co.,* 104 App. Div. 580, affirmed.
(Argued October 18, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 9, 1905, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for personal injuries alleged
to have been received through defendant's negligence.

*C. E. Spencer* for appellant.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and
WILLARD BARTLETT, JJ. Absent: GRAY, J. Not sitting:
HISCOCK, J.

---

WILLIAM ROCKEFELLER, Respondent, *v.* OLIVER LAMORA,
Appellant.

*Rockefeller* v. *Lamora,* 106 App. Div. 345, affirmed.
(Argued October 18, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered July
5, 1905, affirming a judgment in favor of plaintiff entered upon
a verdict directed by the court and an order denying a motion
for a new trial in an action to recover a penalty under the
provisions of the Forest, Fish and Game Law because of
defendant's trespassing upon and taking fish from a stream
where it flowed across plaintiff's private park.

*J. Newton Fiero* for appellant.

*John P. Kellas* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD
BARTLETT and HISCOCK, JJ. Absent: GRAY, J.